UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:05-M-136 M |
| | : | |
| FELIX MERCEDES-RAMOS | : | |

**ORDER**
**CANCELING DETERMINATION**
**OF ATTORNEY HEARING**

On November 18, 2005, this matter was continued to November 23, 2005, for determination of attorney, and to November 28, 2005, for preliminary examination. Attorney Donna A. Uhlmann entered her appearance as counsel for Defendant in this matter on November 22, 2005. In light of this fact, the hearing scheduled for November 23, 2005, is unnecessary and is hereby canceled. The preliminary examination remains scheduled for November 28, 2005, at 2:00 p.m.

So ordered.

ENTER:

David L Martin
DAVID L. MARTIN
United States Magistrate Judge
November 23, 2005

BY ORDER:

Deputy Clerk