AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA
V.

Felix Mercedes Ramos

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:05-M-136M

I, Felix Mercedes Ram, charged in a ☒ complaint ☐ petition pending in this District with previous deported re-entry into U.S. w/o consent from Attorney General of the United States in violation of Title ______, U.S.C., ______,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☒ hearing , do hereby waive (give up) my right to a preliminary ☒ examination ☒ hearing.

Felix A Mercedes Ramos
*Defendant*

11/28/05
*Date*

*Counsel for Defendant*